UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20596 CR - GOLD



46 U.S.C. App. § 1903(j)
46 U.S.C. App. § 1903(a)

UNITED STATES OF AMERICA

v.

EDIL RIGOBERTO GALEAS MATUTE,
WALTER ADONAY LOPEZ RIVAS,
RICKIE ENMANUEL RIVAS BARRIOS,
LUIS ORLANDO SANTOS HERNANDEZ,
PAULO ROBERTO CABRERA MAGIORY,
CESAR NAHUM MONTUFAR,
JOSE MARIO PAGOADA CARRANZA, and
FELIPE CASTILLO ALVAREZ,
  a/k/a "Felipe Castillo Chavez,"

   Defendants.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about August 20, 2006, and continuing through on or about September 4, 2006, while on board a vessel subject to the jurisdiction of the United States, with the Southern District of Florida, being the point of entry where the defendants entered the United States, the defendants,

EDIL RIGOBERTO GALEAS MATUTE,
WALTER ADONAY LOPEZ RIVAS,
RICKIE ENMANUEL RIVAS BARRIOS,
LUIS ORLANDO SANTOS HERNANDEZ,
PAULO ROBERTO CABRERA MAGIORY,

CESAR NAHUM MONTUFAR,
JOSE MARIO PAGOADA CARRANZA, and
FELIPE CASTILLO ALVAREZ,
a/k/a "Felipe Castillo Chavez,"

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code Appendix, Section 1903(a); all in violation of Title 46, United States Code Appendix, Section 1903(j).

Pursuant to Title 46, United States Code Appendix, Section 1903(g) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning on or about August 20, 2006, and continuing through on or about September 4, 2006, while on board a vessel subject to the jurisdiction of the United States, the Southern District of Florida being the point of entry where the defendants entered the United States, the defendants,

EDIL RIGOBERTO GALEAS MATUTE,
WALTER ADONAY LOPEZ RIVAS,
RICKIE ENMANUEL RIVAS BARRIOS,
LUIS ORLANDO SANTOS HERNANDEZ,
PAULO ROBERTO CABRERA MAGIORY,
CESAR NAHUM MONTUFAR,
JOSE MARIO PAGOADA CARRANZA, and
FELIPE CASTILLO ALVAREZ,
a/k/a "Felipe Castillo Chavez,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 46, United States Code Appendix, Section 1903(a), and Title 18, United States Code, Section 2.

2

Pursuant to Title 46, United States Code Appendix, Section 1903(g) and Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ALICIA E. SHICK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20596-CR-GOLD

UNITED STATES OF AMERICA

vs.

EDIL RIGOBERTO GALEAS MATUTE, et al.,

Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | | |
| Total number of counts | | |

**Court Division:** (Select One)

__X__ Miami   ____ Key West
____ FTL      ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      __X__     Petty       ____
   II   6 to 10 days     ____      Minor       ____
   III  11 to 20 days    ____      Misdem.     ____
   IV   21 to 60 days    ____      Felony      __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.   06-2983-Turnoff
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   9/11/2006
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   ____ Yes   __X__ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   ____ Yes   __X__ No
   If yes, was it pending in the Central Region?   ____ Yes   ____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   __X__ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   ____ Yes   __X__ No

_____
ALICIA E. SHICK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0124842

*Penalty Sheet(s) attached

REV.1/14/04

**06-20596 CR-GOLD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE

PENALTY SHEET

**Defendant's Name:**  EDIL RIGOBERTO GALEAS MATUTE

Case No: _____

Count #: 1

   Conspiracy to Possess with the Intent to Distribute Cocaine

   Title 46, United States Code Appendix, Section 1903(j)

**\* Max.Penalty:**       Life imprisonment

Count #: 2

   Possession with the Intent to Distribute Cocaine

   Title 46, United States Code Appendix, Section 1903(a)

**\*Max. Penalty:**       Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# 06-20596 CR-GOLD



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WALTER ADONAY LOPEZ RIVAS

**Case No:** _____

Count #: 1

Conspiracy to Possess with the Intent to Distribute Cocaine

Title 46, United States Code Appendix, Section 1903(j)

**\* Max.Penalty:** Life imprisonment

Count #: 2

Possession with the Intent to Distribute Cocaine

Title 46, United States Code Appendix, Section 1903(a)

**\*Max. Penalty:** Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# 06-20596 CR-GOLD 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**___RICKIE ENMANUEL RIVAS BARRIOS___

**Case No:** _____

Count #: 1

___Conspiracy to Possess with the Intent to Distribute Cocaine_____

___Title 46, United States Code Appendix, Section 1903(j)_____

**\* Max.Penalty:**       Life imprisonment_____

Count #: 2

___Possession with the Intent to Distribute Cocaine_____

___Title 46, United States Code Appendix, Section 1903(a)_____

**\*Max. Penalty:**       Life imprisonment_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# 06-20596 CR-GOLD

MAGISTRATE JUDGE
BANDSTRA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  LUIS ORLANDO SANTOS HERNANDEZ

Case No: _____

Count #: 1

  Conspiracy to Possess with the Intent to Distribute Cocaine

  Title 46, United States Code Appendix, Section 1903(j)

* Max. Penalty:  Life imprisonment

Count #: 2

  Possession with the Intent to Distribute Cocaine

  Title 46, United States Code Appendix, Section 1903(a)

*Max. Penalty:  Life imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# 06-20596 CR-GOLD



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   PAULO ROBERTO CABRERA MAGIORY

Case No: _____

Count #: 1

  Conspiracy to Possess with the Intent to Distribute Cocaine

  Title 46, United States Code Appendix, Section 1903(j)

**\* Max.Penalty**:    Life imprisonment

Count #: 2

  Possession with the Intent to Distribute Cocaine

  Title 46, United States Code Appendix, Section 1903(a)

**\*Max. Penalty**:    Life imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# 06 - 20596 CR - GOLD

**MAGISTRATE JUDGE**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** CESAR NAHUM MONTUFAR

**Case No:** _____

Count #: 1

　Conspiracy to Possess with the Intent to Distribute Cocaine

　Title 46, United States Code Appendix, Section 1903(j)

**\* Max. Penalty:** Life imprisonment

Count #: 2

　Possession with the Intent to Distribute Cocaine

　Title 46, United States Code Appendix, Section 1903(a)

**\*Max. Penalty:** Life imprisonment

　　　　\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# 06-20596 CR-GOLD 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:   JOSE MARIO PAGOADA CARRANZA

Case No: _____

Count #: 1

  Conspiracy to Possess with the Intent to Distribute Cocaine

  Title 46, United States Code Appendix, Section 1903(j)

* Max.Penalty:      Life imprisonment

Count #: 2

  Possession with the Intent to Distribute Cocaine

  Title 46, United States Code Appendix, Section 1903(a)

*Max. Penalty:      Life imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**06-20596 CR-GOLD** 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** FELIPE CASTILLO ALVAREZ, a/k/a "Felipe Castillo Chavez"

**Case No:** _____

Count #: 1

  Conspiracy to Possess with the Intent to Distribute Cocaine

  Title 46, United States Code Appendix, Section 1903(j)

\* **Max.Penalty:** Life imprisonment

Count #: 2

  Possession with the Intent to Distribute Cocaine

  Title 46, United States Code Appendix, Section 1903(a)

\***Max. Penalty:** Life imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

Grand Jury Indictment No. 05-403-MCN-0574