UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE No. 06-20596-Cr-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDIL RIGOBERTO GALEAS MATUTE,

    Defendant.
_____/

### DEFENDANT'S OBJECTIONS TO THE PSI

COMES NOW the Defendant, EDIL RIGOBERTO GALEAS MATUTE by and through his undersigned counsel and files this his objections to the Presentence Investigations Report (PSI) pursuant to Rule 32 of the Federal Rules of Criminal Procedure and state:

#### 1. Paragraph 25:

The Defendant objects to Paragraph 25. The Defendant has met the requirements of 5C1.2(a) and is "safety-valve" qualified. Moreover, the Defendant is entitled to a minor role 2 level reduction.

#### 2. Paragraph 26:

The Defendant objects to Paragraph 26. The offense level specified in the Drug Quantity table is level 38, however, the Defendant is entitled to minor role, consequently, pursuant to Sc. 2D1.1(a) 3 the Defendant's base offense level becomes 34.

#### 3. Paragraph 27:

Defendant objects to paragraph 27 and the two level upward adjustment. The Defendant did not possess the firearm or dangerous weapon in connection with the offense. It is customary and the usual practice that the captains of all vessels out at sea carry a sidearm. In the circumstances of this case it is clearly improbable that the weapon was connected to the offenses.

### 4. Paragraph 28:

The Defendant objects to paragraph 28 and the two level enhancement. Defendant neither imported or exported a controlled substance. The language in Sc 2D1.1(b)(2) clearly contemplated and meant a completed importation or exportation and not an incomplete attempt.

### 5. Paragraph 35:

Defendant objects to paragraph numbered 35 indicating a total offense level of 39 and scores the defendant as follows:

| | |
|---|---:|
| Base offense level | 34 |
| 2 level reduction for minor role | (2) |
| 2 level reduction for acceptance of responsibility | (2) |
| 1 level reduction for assisting with the investigation of his misconduct and timely notifying authorities of intent to plea | (1) |
| 2 level safety valve reduction | (2) |
| **Total offense level:** | 27 |

Respectfully Submitted,

FRANZ A. PARKE, P.A.

        Attorneys for Edil Rigoberto Galeas Matute
        18350 N.W. 2nd Avenue, Suite 500
        Miami, FL 33169
        Tel. 305-652-7959
        Fax  786-428-0507


        By: */S/ Franz A. Parke*
        Franz A. Parke, Esq.
        FBN: 0869457


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed on this 29th day of December 2006


        By: */S/ Franz A. Parke*
        Franz A. Parke, Esq.
        FBN: 0869457